THOMAS F. PITARO, ESQ.
Nevada Bar No. 001332
330 South Third Street
Suite #860
Las Vegas, Nevada 89101
(702) 382-9221
Attorney for Defendant
**TRACEY BROWN**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRACEY BROWN,<br><br>Defendant. | Case No. 2:11-CR-00334-GMN-GWF<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the Probation Department will prepare a Pre-Plea Pre-Sentence Investigation Report on Defendant Tracey Brown.

**DATED** this the 12 day of June, 2012.

_____
**DISTRICT COURT JUDGE**