**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:11-cr-00334-MMD-GWF |
| vs. | ) | **ORDER** |
| TRACEY BROWN, | ) | |
| Defendant. | ) | |

This matter comes before this Court on Defendant's Motion to Suppress (#54) and Motion to Sever (#55). A motion hearing was conducted on March 8, 2013 wherein counsel for Defendant advised the Court there was a tentative plea agreement with Defendant Brown. The Court vacated the motion hearing. Accordingly,

**IT IS ORDERED** that counsel will provide a status report to the Court no later than June 27, 2013.

DATED this 17th day of June, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge